B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Central District of California - Los Angeles Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sway Studio, a California Limited Liability Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**80-0010868** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3535 Hayden Avenue, 4th Floor**<br>**Culver City, CA**<br>ZIP Code **90232** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Sway Studio, a California Limited Liability Company** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    **Page 3**

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Sway Studio, a California Limited Liability Company** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Ian S. Landsberg, Esq.**
Signature of Attorney for Debtor(s)

**Ian S. Landsberg, Esq. 137431**
Printed Name of Attorney for Debtor(s)

**LANDSBERG & ASSOCIATES, A Professional Law Corporation**
Firm Name

**16030 Ventura Blvd., Suite 470**
**Encino, CA 91436**

_____
Address

**Email: ilandsberg@landsberg-law.com**
**(818) 855-5900  Fax: (818) 855-5910**
Telephone Number

**April 20, 2011                   137431**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Oded David Hochman**
Signature of Authorized Individual

**Oded David Hochman**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**April 20, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re   **Sway Studio, a California Limited Liability Company**          Case No. _____

                                                    Debtor(s)          Chapter          **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Computers & Engineers 11500 W. Olympic, Suite 628 Los Angeles, CA 90064 | American Computers & Engineers 11500 W. Olympic, Suite 628 Los Angeles, CA 90064 | Computer Rentals | | 20,586.00 |
| American Express Blue for Business PO Box 981535 El Paso, TX 79998 | American Express Blue for Business PO Box 981535 El Paso, TX 79998 | Business Debt- Credit Card | | 43,512.00 |
| American Express Business Platinum PO Box 981535 El Paso, TX 79998 | American Express Business Platinum PO Box 981535 El Paso, TX 79998 | Business Debt- Credit Card | | 12,581.00 |
| Bank Of America MasterCard PO Box 982238 El Paso, TX 79998-2238 | Bank Of America MasterCard PO Box 982238 El Paso, TX 79998-2238 | Business Debt Credit Card | | 15,582.00 |
| Captial One Visa PO Box 60599 City of Industry, CA 91716-0599 | Captial One Visa PO Box 60599 City of Industry, CA 91716-0599 | Business Debt- Credit Card | | 11,920.00 |
| Citi MasterCard PO Box 9568 Sioux Falls, SD 57117-6235 | Citi MasterCard PO Box 9568 Sioux Falls, SD 57117-6235 | Business Debt- Credit Cards | | 45,725.00 |
| City National Bank, A National Bank Association 2100 Park Place, Suite 150 El Segundo, CA 90245 | City National Bank, A National Bank Association 2100 Park Place, Suite 150 El Segundo, CA 90245 | Term Loan and Overdraft | Unliquidated Disputed | 197,073.00 (0.00 secured) |
| Dell Business Credit P.O. Box 5275 Carol Stream, IL 60197 | Dell Business Credit P.O. Box 5275 Carol Stream, IL 60197 | Business Debt- Credit Card | | 17,598.00 |
| Employment Development Corp. PO Box 431804 Los Angeles, CA 90043-9998 | Employment Development Corp. PO Box 431804 Los Angeles, CA 90043-9998 | Payroll Taxes | | 12,500.00 |
| Focused Staffing, Inc 15149 Union Ave San Jose, CA 95124 | Focused Staffing, Inc 15149 Union Ave San Jose, CA 95124 | Recruiting Fee | | 45,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Sway Studio, a California Limited Liability Company**                    Case No. _____
                                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **IRS**<br>**222 N. Sepulveda, Suite 800**<br>**El Segundo, CA 90245** | **IRS**<br>**222 N. Sepulveda, Suite 800**<br>**El Segundo, CA 90245** | **Tax Lien** | **Unliquidated**<br>**Disputed** | 274,356.00<br><br>(0.00 secured) |
| **IRS**<br>**222 N. Sepulveda, Ste. 800**<br>**El Segundo, CA 90245** | **IRS**<br>**222 N. Sepulveda, Ste. 800**<br>**El Segundo, CA 90245** | **Duplicative of**<br>**Schedule D** | **Disputed** | 274,356.00 |
| **Leaf Financial**<br>**Corporation-Dell**<br>**PO Box 643172**<br>**Cincinnati, OH 45264-3172** | **Leaf Financial Corporation-Dell**<br>**PO Box 643172**<br>**Cincinnati, OH 45264-3172** | **Equipment Lease** | | 7,812.00 |
| **Mark Glaser**<br>**16 Vista Terrace**<br>**Pacific Palisades, CA 90272** | **Mark Glaser**<br>**16 Vista Terrace**<br>**Pacific Palisades, CA 90272** | **Loan** | | 82,549.00 |
| **Mocha Media, Inc.**<br>**4856 Gordon St. #5**<br>**Los Angeles, CA 90028** | **Mocha Media, Inc.**<br>**4856 Gordon St. #5**<br>**Los Angeles, CA 90028** | **Business Expense** | | 22,863.00 |
| **Oded David Hochman**<br>**1001 Tiverton Ave, Apt 3131**<br>**Los Angeles, CA 90024** | **Oded David Hochman**<br>**1001 Tiverton Ave, Apt 3131**<br>**Los Angeles, CA 90024** | **unpaid salary** | | 50,670.00 |
| **PNC Equipment Finance**<br>**955 Dalton Ave**<br>**Cincinnati, OH 45203** | **PNC Equipment Finance**<br>**955 Dalton Ave**<br>**Cincinnati, OH 45203** | **Equipment Lease** | | 100,000.00 |
| **SLK America**<br>**2153 Montana #C**<br>**Santa Monica, CA 90403** | **SLK America**<br>**2153 Montana #C**<br>**Santa Monica, CA 90403** | **Loan/ Services** | | 490,000.00 |
| **State of California**<br>**Employment Development**<br>**Department**<br>**Central COllection Division,**<br>**MIC 92**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | **State of California**<br>**Employment Development**<br>**Department**<br>**Central COllection Division, MIC 92**<br>**Sacramento, CA 94280-0001** | **tax lien; payments**<br>**have been made;**<br>**per last statement**<br>**due is $12,500.00** | **Unliquidated**<br>**Disputed** | 45,143.13<br><br>(0.00 secured) |
| **Zofia Glaser**<br>**18667 Yonge St.**<br>**Ontario, Canada L3Y4V8** | **Zofia Glaser**<br>**18667 Yonge St.** | **Working capital**<br>**loan** | | 175,163.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Sway Studio, a California Limited Liability Company**                                         Case No. _____

                                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **April 20, 2011**                              Signature    **/s/ Oded David Hochman**
                                                                      **Oded David Hochman**
                                                                      **Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Central District of California - Los Angeles Division

In re    **Sway Studio, a California Limited Liability Company**                    ,    Case No. _____

                                    Debtor

                                                                        Chapter                    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Hochman**<br>**3535 Hayden Avenue, 4th Floor**<br>**Culver City, CA 90232** | | **10%** | **Membership** |
| **Mark Glaser**<br>**3535 Hayden Avenue, 4th Floor**<br>**Culver City, CA 90232** | | **90%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 20, 2011**                        Signature  **/s/ Oded David Hochman**
                                                                    **Oded David Hochman**
                                                                    **Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **n/a**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **n/a**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles**_____ , California.

Dated   **April 20, 2011**_____

/s/ Oded David Hochman_____
**Oded David Hochman**
*Debtor*

_____
*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1015-2.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re    **Sway Studio, a California Limited Liability Company**                        ,    Case No. _____

Debtor

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 35,447.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 522,226.35 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 341,526.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 1,138,882.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 2 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| | | Total Assets | 35,447.00 | | |
| | | | Total Liabilities | 2,002,634.35 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

## Central District of California - Los Angeles Division

In re    **Sway Studio, a California Limited Liability Company**                              ,    Case No. _____

                                                        Debtor

                                                                              Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Sway Studio, a California Limited Liability Company**                              ,    Case No. _____
_____
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Sway Studio, a California Limited Liability Company**                                      , Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank**<br>**Business Checking Account**<br>**Sway Studio, LLC**<br>**Business Checking Account No. 959944059** | - | 35,447.00 |
| | | **City National Bank**<br>**Business Checking Account**<br>**Sway Studio, LLC**<br>**Business Checking Account No. 15779810** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >            35,447.00
(Total of this page)

<u>  3  </u>  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Sway Studio, a California Limited Liability Company** ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable of up to $317,220.00 for work-in-process only payable if project is completed but Debtor does not have the funds to complete the projects.** | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Sway Studio, a California Limited Liability Company**                                        ,        Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Drive-A-Tron Software.  Market value to be determined.** | **-** | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Various visual effects and Microsoft Windows/Office Software.  Market value to be determined.** | **-** | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer List** | **-** | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office furniture, computers, information technology equipment and video editing equipment.** | **-** | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >                **0.00**
(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Sway Studio, a California Limited Liability Company**                    ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **35,447.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Sway Studio, a California Limited Liability Company**  ,    Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **08-7146743090** | | | 02/2008 | | | | | |
| **City National Bank, A National Bank Association** **2100 Park Place, Suite 150** **El Segundo, CA 90245** | | - | **Term Loan and Overdraft** | | X | X | | |
| | | | Value $ 0.00 | | | | 197,073.00 | 197,073.00 |
| Account No. **08-71460040** | | | 02/2008 | | | | | |
| **CoActiv Capital Partners LLC** **655 Business Center Drive** **Horsham, PA 19044** | | - | **Notice Only** | | X | | | |
| | | | Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. **08-71529409** | | | 04/2008 | | | | | |
| **Dell Financial Services L.P.** **12234 N. IH-35, BLDG B** **Austin, TX 78753** | | - | **While they have been identified as schedule D, certain agreements are leases and others only attach to specific computer equipment** | | X | | | |
| | | | Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. **08-7149709893** | | | 03/2008 | | | | | |
| **Dell Financial Services L.P.** **12234 N. IH-35 BLDG. B** **Austin, TX 78753** | | - | **While they have been identified as schedule D, certain agreements are leases and others only attach to specific computer equipment** | | X | | | |
| | | | Value $ 0.00 | | | | 0.00 | 0.00 |

__5__  continuation sheets attached

Subtotal
(Total of this page)

| 197,073.00 | 197,073.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Sway Studio, a California Limited Liability Company**                           ,        Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **07-7125618370** | | | | 08/2007 | | | | | |
| Dell Financial Services L.P. 12234 N. Ih-35, Bldg. B Austin, TX 78753 | - | | | While they have been identified as schedule D, certain agreements are leases and others only attach to specific computer equipment | | X | | | |
| | | | | Value $            0.00 | | | | 0.00 | 0.00 |
| Account No. **08-7149817661** | | | | 03/2008 | | | | | |
| Dell Financial Services, L.P. 122234 N. IH-35, BLDG. B Austin, TX 78753 | - | | | While they have been identified as schedule D, certain agreements are leases and others only attach to specific computer equipment | | X | | | |
| | | | | Value $            0.00 | | | | 0.00 | 0.00 |
| Account No. **08-7149584675** | | | | 03/2008 | | | | | |
| Dell Financial Services, L.P. 122234 N. IH-35 BLDG. B Austin, TX 78753 | - | | | While they have been identified as schedule D, certain agreements are leases and others only attach to specific computer equipment | | X | | | |
| | | | | Value $            0.00 | | | | 0.00 | 0.00 |
| Account No. **07-7141094639** | | | | 12/2007 | | | | | |
| Dell Financial Services, L.P. 12234 N. IH-35 Bldg. B Austin, TX 78753 | - | | | While they have been identified as schedule D, certain agreements are leases and others only attach to specific computer equipment | | X | | | |
| | | | | Value $            0.00 | | | | 0.00 | 0.00 |
| Account No. **10-72483923** | | | | 10/2010 | | | | | |
| Dell Financial Services, L.P. 12234 N. IH-35, Bldg. B Austin, TX 78753 | - | | | While they have been identified as schedule D, certain agreements are leases and others only attach to specific computer equipment | | X | | | |
| | | | | Value $            0.00 | | | | 0.00 | 0.00 |

Sheet __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re __Sway Studio, a California Limited Liability Company__ ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **05-7050836387** | | | | | 12/2005 | | | | | |
| Dell Financial Services, L.P. 12234 N. IH-35, Bldg. B Austin, TX 78753 | - | | | | While they have been identified as schedule D, certain agreements are leases and others only attach to specific computer equipment | | X | | | |
| | | | | | Value $            0.00 | | | | 0.00 | 0.00 |
| Account No. **07-7109597378** | | | | | 04/2007 | | | | | |
| Dell Financial Services, L.P. 12234 N. IH-35, Bldg. B Austin, TX 78753 | - | | | | While they have been identified as schedule D, certain agreements are leases and others only attach to specific computer equipment | | X | | | |
| | | | | | Value $            0.00 | | | | 0.00 | 0.00 |
| Account No. **07-1709787995** | | | | | 04/2007 | | | | | |
| Dell Financial Services, L.P. 12234 N. IH-35, Bldg. B Austin, TX 78753 | - | | | | While they have been identified as schedule D, certain agreements are leases and others only attach to specific computer equipment | | X | | | |
| | | | | | Value $            0.00 | | | | 0.00 | 0.00 |
| Account No. **07-7110990498** | | | | | 04/2007 | | | | | |
| Dell Financial Services, L.P. 12234 N. IH-35, Bldg. B Austin, TX 78753 | - | | | | While they have been identified as schedule D, certain agreements are leases and others only attach to specific computer equipment | | X | | | |
| | | | | | Value $            0.00 | | | | 0.00 | 0.00 |
| Account No. **07-7114608701** | | | | | 05/2007 | | | | | |
| Dell Financial Services, L.P. 12234 N. Ih-35, Bldg. B Austin, TX 78753 | - | | | | While they have been identified as schedule D, certain agreements are leases and others only attach to specific computer equipment | | X | | | |
| | | | | | Value $            0.00 | | | | 0.00 | 0.00 |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 0.00 | 0.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **Sway Studio, a California Limited Liability Company** ,    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **07-7126816775** | | | **08/2007** | | | | | |
| **Dell Financial Services, L.P.** **12234 N. IH-35, Bldg. B** **Austin, TX 78753** | - | | **While they have been identified as schedule D, certain agreements are leases and others only attach to specific computer equipment** | | X | | | |
| | | | Value $                 0.00 | | | | 0.00 | 0.00 |
| Account No. **80-0010868** | | | **Tax Lien** | | | | | |
| **IRS** **222 N. Sepulveda, Suite 800** **El Segundo, CA 90245** | - | | | | X | X | | |
| | | | Value $                 0.00 | | | | 274,356.00 | 274,356.00 |
| Account No. **09-72047199** | | | **08/2009** | | | | | |
| **Leaf Funding, Inc.** **1818 Market Street 9th Floor** **Philadelphia, PA 19103** | - | | **lease** | | X | | | |
| | | | Value $                 0.00 | | | | 0.00 | 0.00 |
| Account No. **06-7050236870** | | | **08/2006** | | | | | |
| **National City Commercial Capital Company, Inc.** **955 Dalton Avenue** **Cincinnati, OH 45203** | - | | **lease** | | X | | | |
| | | | Value $                 0.00 | | | | 0.00 | 0.00 |
| Account No. **05-7053687718** | | | **12/2008** | | | | | |
| **Santa Barbara Bank & Trust,** **a division of Pacific Capital Bank** **c/o Leasing** **PO Box 60607** **Santa Barbara, CA 93160** | - | | **lease** | | X | | | |
| | | | Value $                 0.00 | | | | 0.00 | 0.00 |

Sheet  **3**  of  **5**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        | 274,356.00 | 274,356.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Sway Studio, a California Limited Liability Company**                                    ,    Case No. _____
                                                                     Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **07-71236707** | | | | | 01/2007 | | | | | |
| Santa Barbara Bank & Trust, a division of Pacific Capital Bank c/o Leaf Funding, Inc. 1818 Market St. 9th Floor Philadelphia, PA 19103 | - | | | | lease | | X | | | |
| | | | | | Value $               0.00 | | | | 0.00 | 0.00 |
| Account No. **N/A** | | | | | Loan | | | | | |
| SLK America 2153 Montana #C Santa Monica, CA 90403 | - | | | | | | X | X | | |
| | | | | | Value $               0.00 | | | | Unknown | Unknown |
| Account No. **09-7198743624** | | | | | 06/2009 | | | | | |
| State of California Employment Development Department Central Collection Division, MIC 92 P.O. Box 826880 Sacramento, CA 94280-0001 | - | | | | tax lien | | X | X | | |
| | | | | | Value $               0.00 | | | | 1,838.41 | 1,838.41 |
| Account No. **10-7247743085** | | | | | 10/2010 | | | | | |
| State of California Employment Development Department Central Collection Division, MIC 92 P.O. Box 826880 Sacramento, CA 94280-0001 | - | | | | tax lien | | X | X | | |
| | | | | | Value $               0.00 | | | | 1,562.33 | 1,562.33 |
| Account No. **09-7207672555** | | | | | 09/2009 | | | | | |
| State of California Employment Development Department Central COllection Division, MIC 92 P.O. Box 826880 Sacramento, CA 94280-0001 | - | | | | tax lien; payments have been made; per last statement due is $12,500.00 | | X | X | | |
| | | | | | Value $               0.00 | | | | 45,143.13 | 45,143.13 |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 48,543.87 | 48,543.87 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Sway Studio, a California Limited Liability Company**                    ,          Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **09-7186809048** | | | | **02/2009** | | | | | |
| **State of California Employment Development Department Central Collection Division, MIC 92 P.O. Box 826880 Sacramento, CA 94280-0001** | - | | | **tax lien** | | **X** | **X** | | |
| | | | | Value $                    **0.00** | | | | **2,253.48** | **2,253.48** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  **5**  of  **5**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **2,253.48** | **2,253.48** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **522,226.35** | **522,226.35** |

B6E (Official Form 6E) (4/10)

In re  **Sway Studio, a California Limited Liability Company**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                            **2**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Sway Studio, a California Limited Liability Company**                    ,        Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **N/A**<br><br>**Hilly Reps**<br>**680 North Lake Shore Drive, Ste. 320**<br>**Chicago, IL 60611** | - | | Sales Commission | | | | Unknown | Unknown<br><br>0.00 |
| Account No. **N/A**<br><br>**Marie Soto**<br>**1111 Grand Ave #403**<br>**Los Angeles, CA 90015** | - | | Unpaid Gross pay | | | | 4,000.00 | 4,000.00<br><br>0.00 |
| Account No. **N/A**<br><br>**Oded David Hochman**<br>**1001 Tiverton Ave, Apt 3131**<br>**Los Angeles, CA 90024** | - | | unpaid salary | | | | 25,670.00<br><br>50,670.00 | 25,670.00<br><br>25,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 29,670.00 |
|---|---|---|
| | (Total of this page) | 54,670.00 | 25,000.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re  **Sway Studio, a California Limited Liability Company**                            ,    Case No. _____

                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **479-5498-7** | | | | **Payroll Taxes** | | | | | |
| **Employment Development Corp.** **PO Box 431804** **Los Angeles, CA 90043-9998** | - | | | | | | | | 0.00 |
| | | | | | | | | 12,500.00 | 12,500.00 |
| Account No. **80-0010868** | | | | **Duplicative of Schedule D** | | | | | |
| **IRS** **222 N. Sepulveda, Ste. 800** **El Segundo, CA 90245** | - | | | | | | X | | 0.00 |
| | | | | | | | | 274,356.00 | 274,356.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 286,856.00 | 0.00 286,856.00 |
| Total (Report on Summary of Schedules) | 341,526.00 | 29,670.00 311,856.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Sway Studio, a California Limited Liability Company**                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **N/A**<br><br>**3535 Hayden Partners**<br>**3535 Hayden Partners 3rd Floor**<br>**Culver City, CA 90232** | | - | | | **Facility** | | | | **165.00** |
| Account No. **N/A**<br><br>**Advisors, LLP**<br>**11911 San Vicente Blvd.**<br>**Los Angeles, CA 90049** | | - | | | **Legal Expenses** | | | | **1,140.00** |
| Account No. **Reik v. Sway Studio, LLC, et a**<br><br>**Allred, Maroko & Goldberg**<br>**6300 Wilshire Blvd., Suite 1500**<br>**Los Angeles, CA 90048** | | - | | | **3/2011**<br>**Possible Lawsuit** | | | | **Unknown** |
| Account No.<br><br>**American Computers & Engineers**<br>**11500 W. Olympic, Suite 628**<br>**Los Angeles, CA 90064** | | - | | | **Computer Rentals** | | | | **20,586.00** |
| | | | | | Subtotal<br>(Total of this page) | | | | **21,891.00** |

__8__    continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:43075-101118    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Sway Studio, a California Limited Liability Company**_____ ,   Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Account Ending 1-34005** | | | Business Debt- Credit Card | | | | |
| **American Express Blue for Business** PO Box 981535 El Paso, TX 79998 | X | - | | | | | 43,512.00 |
| Account No. **ending 9-33000** | | | Business Debt- Credit Card | | | | |
| **American Express Business Platinum** PO Box 981535 El Paso, TX 79998 | X | - | | | | | 12,581.00 |
| Account No. **Account Ending 1-83006** | | | Business Debt- Credit Card | | | | |
| **American Express Plum Card** PO Box 360001 Fort Lauderdale, FL 33336-0001 | X | - | | | | | 1,539.00 |
| Account No. **002-3012744-000** | | | Equipment lease | | | | |
| **Bank of America Leasing Lease Admin Center** PO Box 371992 Pittsburgh, PA 15250-7992 | X | - | | | | | 5,541.00 |
| Account No. **5474-1500-0180-7527** | | | Business Debt Credit Card | | | | |
| **Bank Of America MasterCard** PO Box 982238 El Paso, TX 79998-2238 | X | - | | | | | 15,582.00 |

Sheet no. __**1**___ of __**8**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

78,755.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Sway Studio, a California Limited Liability Company** ,                    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **C.J. Longhammer- Termination** <br><br> **Barrister & Solicitor** <br> **Attention: Rebecca F. Brackley** <br> **250 Wellington Street West, Ste. 13** <br> **Toronto, ON M5V 3P6** | - | | | **2/2011** <br> **Possible Lawsuit** | | | | 0.00 |
| Account No. <br><br> **Bell Technologies** <br> **187 Pacific Street** <br> **Venice, CA 90291** | - | | | **Computer Rentals** | | | | 3,064.00 |
| Account No. <br><br> **Big Pie** <br> **1501 Main Street, Suite 205** <br> **Venice, CA 90291** | - | | | **Web site developer** | | | | 5,750.00 |
| Account No. **48002-1378-2310-3983** <br><br> **Captial One Visa** <br> **PO Box 60599** <br> **City of Industry, CA 91716-0599** | X - | | | **Business Debt- Credit Card** | | | | 11,920.00 |
| Account No. **4122-5100-1922-0329** <br><br> **Citi MasterCard** <br> **PO Box 9568** <br> **Sioux Falls, SD 57117-6235** | X - | | | **Business Debt- Credit Cards** | | | | 45,725.00 |

Sheet no. **2** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     66,459.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sway Studio, a California Limited Liability Company**                                        ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Case No. SC112073**<br><br>**Conjunctive Points Properties II LP**<br>**c/o Kimball, Tirey & St. John, LLP**<br>**350 S. Figueroa Street, Suite 498**<br>**Los Angeles, CA 90071** | X | - | | **4/2011**<br>**Unlawful detainer- lawsuit** | | | | **Unknown** |
| Account No. **6879-4502-0400-6822-906**<br><br>**Dell Business Credit**<br>**P.O. Box 5275**<br>**Carol Stream, IL 60197** | X | - | | **Business Debt- Credit Card** | | | | **17,598.00** |
| Account No.<br><br>**FedEx**<br>**US Collections Dept.**<br>**PO Box 7221**<br>**Pasadena, CA 91109-7321** | | - | | **Business Debt** | | | | **29.00** |
| Account No.<br><br>**Focused Staffing, Inc**<br>**15149 Union Ave**<br>**San Jose, CA 95124** | | - | | **Recruiting Fee** | | | | **45,000.00** |
| Account No.<br><br>**HRG Solutions**<br>**5042 Wilshire Blvd., Suite 400**<br>**Los Angeles, CA 90036** | | - | | **HR Consulting** | | | | **3,024.00** |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**65,651.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Sway Studio, a California Limited Liability Company** ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Dental Insurance | | | | |
| Human Dental Ins. Co. PO Box 0884 Carol Stream, IL 60132-0884 | - | | | | | | 512.00 |
| Account No. | | | Public Relations | | | | |
| Hype Communications, Inc. 6380 Wilshire Blvd. Ste. 1010 Los Angeles, CA 90048 | - | | | | | | 2,066.00 |
| Account No. | | | Janitorial | | | | |
| KBM 9538 Topanga Cyn. Blvd. Chatsworth, CA 91311 | - | | | | | | 886.00 |
| Account No. 019-2058251-901 | X | | Equipment Lease | | | | |
| Leaf Financial Corporation-Dell PO Box 643172 Cincinnati, OH 45264-3172 | - | | | | | | 7,812.00 |
| Account No. | | | Loan | | | | |
| Mark Glaser 16 Vista Terrace Pacific Palisades, CA 90272 | - | | | | | | 82,549.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                93,825.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sway Studio, a California Limited Liability Company**                                    ,    Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Computer Rentals** | | | | |
| **MG Digital** **8549 Higuera Street #101** **Culver City, CA 90232** | - | | | | | | 50.00 |
| Account No. | | | **Business Expense** | | | | |
| **Mocha Media, Inc.** **4856 Gordon St. #5** **Los Angeles, CA 90028** | - | | | | | | 22,863.00 |
| Account No. **2010-224-01 and 02** | | | **Equipment lease** | | | | |
| **NSF Leasing, Inc.** **900 Cummings Center, Suite 309-V** **Beverly, MA 01915** | - | | | | | | 0.00 |
| Account No. **n/a** | | | **Stamps** | | | | |
| **Pitney Bowes** **1 Elmcroft Road** **Stamford, CT 06926-0700** | - | | | | | | 39.00 |
| Account No. **92995000** | | | **Equipment Lease** | | | | |
| **PNC Equipment Finance** **955 Dalton Ave** **Cincinnati, OH 45203** | X - | | | | | | 100,000.00 |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

122,952.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Sway Studio, a California Limited Liability Company** ,                Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Simplex Grinnell** <br>**One Town Center Road** <br>**Boca Raton, FL 33486** | - | | Fire Inspection | | | | 546.00 |
| Account No. **N/A** <br><br>**SLK America** <br>**2153 Montana #C** <br>**Santa Monica, CA 90403** | - | | Loan/ Services | | | | 490,000.00 |
| Account No. **00805** <br><br>**Sol-Aire** <br>**622 Glenoaks Blvd.** <br>**San Fernando, CA 91340** | - | | HVAC maintenance | | | | 721.00 |
| Account No. <br><br>**Speakeasy** <br>**PO Box 34654** <br>**Seattle, WA 98124-1654** | - | | Telephone- Business expense | | | | 2,326.00 |
| Account No. <br><br>**Steward Burris** <br>**4928 West Carson St.** <br>**Torrance, CA 90503** | - | | Business Expense- Animator | | | | 4,000.00 |

Sheet no. __6__ of __8__ sheets attached to Schedule of             Subtotal             497,593.00
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sway Studio, a California Limited Liability Company** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **600-0086317** | | | Equipment lease | | | | |
| **Strada Capital** **8105 Irvine Center Drive, Ste. 1130** **Irvine, CA 92618** | - | | | | | | 5,874.00 |
| Account No. | | | Visual effects vendor | | | | |
| **The Integration Company** **215 Rose Ave** **Venice, CA 90291** | - | | | | | | 2,500.00 |
| Account No. | | | | | | | |
| **Toni Saarinen- Jordan** | - | | | | | | 7,500.00 |
| Account No. | | | Vision Insurance | | | | |
| **Vision Service Plan** **PO Box 45210** **San Francisco, CA 94145** | - | | | | | | 77.00 |
| Account No. | | | Rental Equipment | | | | |
| **Visionary Forces** **148 S Victory** **Burbank, CA 91502** | - | | | | | | 150.00 |

Sheet no. __7___ of __8___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **16,101.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Sway Studio, a California Limited Liability Company** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **716044854**<br><br>Xerox<br>PO Box 7405<br>Pasadena, CA 91109-7405 | - | | | Equipment Lease | | | | 297.00 |
| Account No.<br><br>XP Networks<br>13428 Maxella Ave # 544<br>Marina Del Rey, CA 90292 | - | | | Business Expense- Software | | | | 195.00 |
| Account No. **N/A**<br><br>Zofia Glaser<br>18667 Yonge St.<br>Ontario, Canada L3Y4V8 | - | | | Working capital loan | | | | 175,163.00 |
| Account No.<br><br> | | | | | | | | |
| Account No.<br><br> | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __8___ of __8___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 175,655.00 |
| | Total<br>(Report on Summary of Schedules) | 1,138,882.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6G (Official Form 6G) (12/07)

.

In re   **Sway Studio, a California Limited Liability Company**                                    ,     Case No. _____
                                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Alliance Bank**<br>**c/o  California Bank & Trust**<br>**402 W. Whitter Blvd. Suite 200**<br>**La Habra, CA 90631** | **Lease 6/11/2009** |
| **BMW Financial Services**<br>**6333 S. Alamedo Street**<br>**Los Angeles, CA 90001** | **Auto Lease.** |
| **Conjunctive Points Properties I,**<br>**3535 Hayden Ave**<br>**Culver City, CA 90232** | **Commercial Lease** |
| **Dell Financial Services**<br>**Leaf Funding Inc.**<br>**c/o Dell Financial Services**<br>**P.O. Box 643172**<br>**Cincinnati, OH 45264-3172** | **Equipment Lease** |
| **Dell Financial Services**<br>**Banc of America Leasing**<br>**c/o Dell Financial Services**<br>**P.O. Box 371992**<br>**Pittsburgh, PA 15250-7992** | **Equipment Lease** |
| **Draftfcb**<br>**245 Eglington Avenue East, Ste. 300**<br>**Toronto, Ontario Canada** | **Contract** |
| **Global Cantage Ltd.**<br>**National City Commerical Capital Co**<br>**c/o Global Vantage Ltd**<br>**P.O. Box 931034**<br>**Cleveland, OH 44193** | **Master Lease Agreement- 03071751** |
| **Global Vantage Ltd**<br>**National City Commercial Capital CO**<br>**c/o Global Vantage Ltd**<br>**P.O. Box 691355**<br>**Cincinnati, OH 45269-1355** | **Master Lease Agreement- 08061556** |
| **Global Vantage LTD**<br>**National City Commercial Capital Co**<br>**c/o Global Vantage Ltd**<br>**P.O. Box 931034**<br>**Cleveland, OH 44193** | **Master Lease Agreement- 0307150** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **Sway Studio, a California Limited Liability Company**                              ,  Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Leo Burnett Detroit**<br>**3310 W. Big Beaver, Suite 107**<br>**Troy, MI 48084** | **Contract** |
| **McCann Erickson**<br>**360 West Maple Road**<br>**Birmingham, MI 48009-3346** | **Contract** |
| **National City Commercial Capital Company, Inc.**<br>**955 Dalton Avenue**<br>**Cincinnati, OH 45203** | **Multiple leases that refer to equipment and furniture** |
| **Ogilvy & Mather**<br>**350 West Mart Center Drive**<br>**Chicago, IL 60654** | **Contract** |
| **Strada Capital Corporation**<br>**8105 Irvine Center Drive, Suite 145**<br>**Irvine, CA 92618** | **Equipment Lease** |
| **The Martin Agency**<br>**One Shockoe Plaza**<br>**Richmond, VA 23219** | **Contract** |
| **Xerox Corp.**<br>**PO Box 7405**<br>**Pasadena, CA 91109-7405** | **Equipment Lease for Copier.** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **Sway Studio, a California Limited Liability Company**                    Case No. _____

_____ ,
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mark Glaser**<br>**16 Vista Terrace**<br>**Pacific Palisades, CA 90272**<br>   **all credit cards, city national bank, state of**<br>**California; IRS; and all leases** | |
| **Mark Glaser**<br>**16 Vista Terrace**<br>**Pacific Palisades, CA 90272** | **Bank of America Leasing**<br>**Lease Admin Center**<br>**PO Box 371992**<br>**Pittsburgh, PA 15250-7992** |
| **Mark Glaser**<br>**16 Vista Terrace**<br>**Pacific Palisades, CA 90272** | **American Express Blue for Business**<br>**PO Box 981535**<br>**El Paso, TX 79998** |
| **Mark Glaser**<br>**16 Vista Terrace**<br>**Pacific Palisades, CA 90272** | **American Express Business Platinum**<br>**PO Box 981535**<br>**El Paso, TX 79998** |
| **Mark Glaser**<br>**16 Vista Terrace**<br>**Pacific Palisades, CA 90272** | **American Express Plum Card**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336-0001** |
| **Mark Glaser**<br>**16 Vista Terrace**<br>**Pacific Palisades, CA 90272** | **Bank Of America MasterCard**<br>**PO Box 982238**<br>**El Paso, TX 79998-2238** |
| **Mark Glaser**<br>**16 Vista Terrace**<br>**Pacific Palisades, CA 90272** | **Captial One Visa**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** |
| **Mark Glaser**<br>**16 Vista Terrace**<br>**Pacific Palisades, CA 90272** | **Citi MasterCard**<br>**PO Box 9568**<br>**Sioux Falls, SD 57117-6235** |
| **Mark Glaser**<br>**16 Vista Terrace**<br>**Pacific Palisades, CA 90272** | **Dell Business Credit**<br>**P.O. Box 5275**<br>**Carol Stream, IL 60197** |
| **Mark Glaser**<br>**16 Vista Terrace**<br>**Pacific Palisades, CA 90272** | **Leaf Financial Corporation-Dell**<br>**PO Box 643172**<br>**Cincinnati, OH 45264-3172** |
| **Mark Glaser**<br>**16 Vista Terrace**<br>**Pacific Palisades, CA 90272** | **PNC Equipment Finance**<br>**955 Dalton Ave**<br>**Cincinnati, OH 45203** |

1

_____ continuation sheets attached to Schedule of Codebtors

In re  **Sway Studio, a California Limited Liability Company**                          ,     Case No. _____

                                                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **unknown** | **Conjunctive Points Properties II LP**<br>**c/o Kimball, Tirey & St. John, LLP**<br>**350 S. Figueroa Street, Suite 498**<br>**Los Angeles, CA 90071** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re   **Sway Studio, a California Limited Liability Company**                                        Case No.

                                                                    Debtor(s)              Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**29**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 20, 2011**                              Signature   **/s/ Oded David Hochman**
                                                                    **Oded David Hochman**
                                                                    **Chief Executive Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re   **Sway Studio, a California Limited Liability Company**                                    Case No.
                                                          Debtor(s)                    Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$709,021.00** | **2011 YTD Gross Revenue ("Cash Basis")** |
| **$4,674,704.00** | **2010 Gross Revenue ("Cash Basis")** |
| **$3,496,967.00** | **2009 Gross Revenue ("Cash Basis")** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT        SOURCE

2

**3. Payments to creditors**

None ■   *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **City National Bank, A National Bank Association**<br>**2100 Park Place, Suite 150**<br>**El Segundo, CA 90245** | **1/31/11 $3,093.09; 2/28/11 $3,026.45;** | **$6,119.54** | **$197,093.00** |
| **Employment Development Corp.**<br>**PO Box 431804**<br>**Los Angeles, CA 90043-9998** | **2/4/11 $777.08; 2/10/2011 597.92; 2/10/2011 $2,394.04; 3/25/2011 $1,694.19; 3/2/2011 $505.17; 3/29/2011 $60.57; 3/30/2011 $1,515.46; 1/25/2011 $3,398.12; 2/2/2011 $456.23; 2/25/2011 $2,352.17; 3/14/2011 $3,470.18; 3/8/2011 $2,500.00; 2/10/2011 $2,500.00** | **$22,221.13** | **$12,500.00** |
| **IRS**<br>**222 N Sepulveda Ste 8000**<br>**El Segundo, CA 90245** | **2/4/11 $2,803.44; 2/10/2011 $2,356.58; 2/10/2011 $10,549.81; 3/23/2011 $11,753.66; 3/25/2011 10,782.74; 3/29/2011 $1,330.11; 3/30/2011 $5,969.13; 1/25/2011 $14,427.69; 2/2/2011 $1,767.06; 2/25/2011 $10,416.87** | **$72,828.47** | **$274,356.00** |
| **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998** | **1/18/2011 $500.00; 1/24/2011 $2,500.00; 2/9/2011 $1,000.00; 4/9/2011 $12,043.15; 2/9/2011 $77.39; 2/10/2011 $1,500.00; 2/10/2011 $1.28; 3/1/2011 $1,500.00; 3/2/2011 $500.00; 3/10/2011 $1,000.00; 3/10/2011 $1,000.00; 3/11/2011 $3,000.00; 3/21/2011 $4,400.00** | **$29,086.87** | **$57,632.00** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **NFS Leasing Inc.**<br>**900 Cummings Center Suite 309-V**<br>**Beverly, MA 01915** | **2/1/2011 $4,458.97; 3/1/2011**<br>**$1,997.41; 3/1/2011**<br>**$2,079.01** | **$8,535.39** | **$0.00** |
| **Leaf Financial Corporation- Dell**<br>**PO Box 643178**<br>**Cincinnati, OH 45264-3172** | **2/14/2011 $3,492.59;**<br>**2/28/2011 $2,936.09** | **$5,872.17** | **$0.00** |
| **PNC Equipment Finance**<br>**955 Dalton Ave**<br>**Cincinnati, OH 45203** | **2/16/2011 $12,821.39;**<br>**2/24/2011 $12,821.39** | **$25,642.78** | **$100,000.00** |
| **Hilly Reps**<br>**680 North Lake Shore Drive, Suite 320**<br>**Chicago, IL 60611** | **3/10/2011 $2,327.50;**<br>**3/15/2011 $9,010.00** | **$11,337.50** | **$0.00** |
| **American Computers & Engineers**<br>**11500 W. Olympic, Suite 628**<br>**Los Angeles, CA 90064** | **2/14/2011 $6,592.95;**<br>**4/4/2011 $3,296.48; 2/8/2011**<br>**$3,296.48** | **$13,185.91** | **$13,993.00** |
| **United States Treasury** | **2/14/2011 $10,000.00;**<br>**2/14/2011 10,000.00** | **$20,000.00** | **$0.00** |
| **Conjunctive Points Porroperties II, LLP**<br>**3528 Hayden Ave, 3rd Floor**<br>**Culver City, CA 90232** | **3/14/2011 $65,000.00** | **$65,000.00** | **$0.00** |

None    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
☐    creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Mark Glaser**<br>**16 Vista Terrace**<br>**Pacific Palisades, CA 90272**<br>    **Creative Director and Member** | **4/2010 - 4/2011 $107,828**<br>**being payroll; $15,1418.00**<br>**expense reimbursements;**<br>**$9,265.00 Distributions;**<br>**$5,000.00 repayments** | **$137,510.00** | **$82,549.00** |
| **Oded David Hochman**<br>**1001 Tiverton Ave. Apt 3131**<br>**Los Angeles, CA 90024**<br>    **Chief Executive Officer and Member** | **4/2010 - 4/2011; $111,137.00**<br>**on Payroll; $22,447**<br>**Expense reimbursements** | **$137,584.00** | **$50,670.00** |
| **Rob Glaser**<br><br>    **Employee and Brother to Mark Glaser** | **4/2010 - 4/2011; $105,713.00**<br>**Payroll** | **$105,713.00** | **$0.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐    this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
        whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Conjunctive Points Properties II, LP v. Sway Studios LLC**<br>**Case No. SC112073** | **Unlawful**<br>**Detainer** | **Superior Court of California**<br>**County of Los Angeles**<br>**1725 Main Street**<br>**Santa Monica, CCA 90401** | **Pending** |
| **Nicole Reik- E201011R7223-00** | **Employment** | **California Department of Fair**<br>**Employment and Housing** | **Pending** |

4

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **NSF**<br>**900 Cummings Center, Suite 309**<br>**Beverly, MA 01915** | **4/15/2011** | **Leased Office Equipment valued at 80,000.00** |

---

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

5

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **LANDSBERG & ASSOCIATES**<br>**A Professional Law Corporation**<br>**16030 Ventura Blvd., Suite 470**<br>**Encino, CA 91436** | | **$26,039.00** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

6

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 110 Glendon Avenue<br>Los Angeles, California 90024 | Sway Studio, LLC | 4/2002 - 10/2006 |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
| **David Hochman**<br>**3535 Hayden Avenue, 4th Floor**<br>**Culver City, CA 90232** | **4/15/10 - present** |
| **Nicole Reik**<br>**3535 Hayden Avenue, 4th Floor**<br>**Culver City, CA 90232** | **4/2010 - 3/2011** |
| **Stephanie Heinson**<br>**3535 Hayden Avenue, 4th Floor**<br>**Culver City, CA 90232** | **2009 through April 2010** |
| **Kevin Takeuchi** | **Prepared 2009 Taxes** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|--------------------------|
| **Tim Maher, CPA** | **Tax - Accounting - Finance**<br>**PO Box 4012**<br>**San Clemente, CA 92674** | **2010 - present** |

8

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Tim Mayer, CPA** | **PO Box 4012** |
| **2010 to present** | **San Clemente, CA 92674** |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **NSF Leasing** | **3rd and 4th Quarters of 2010** |
| **900 Cummings Center, Suite 309V** | |
| **Beverly, MA 01915** | |
| | |
| **SLK America** | **4th Quarter of 2010** |
| **2153 Montana #C** | |
| **Santa Monica, CA 90403** | |

---

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **Mark Glaser** | **Creative Director** | **90% membership** |
| **3535 Hayden Avenue, 4th Floor** | | |
| **Culver City, CA 90232** | | |
| | | |
| **David Hochman** | **Chief Executive Officer** | **10% membership** |
| **3535 Hayden Avenue, 4th Floor** | | |
| **Culver City, CA 90232** | | |

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Oded David Hochman**<br>**3535 Hayden Avenue, 4th Floor**<br>**Culver City, CA 90232**<br>**Chief Executive Officer** | **2010/ 2011 Compensation** | **137,584.00** |
| **Mark Glaser**<br><br>**Creative Director and Member** | **2010/ 2011 Compensation** | **137,510.00** |
| **Rob Glaser**<br><br>**Member** | **2010/ 2011 Compensation** | **105,713.00** |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **April 20, 2011**          Signature   **/s/ Oded David Hochman**
                                              **Oded David Hochman**
                                              **Chief Executive Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)    1998 USBC, Central District of California

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** | |
| In re<br><br>**Sway Studio, a California Limited Liability Company**<br><br>Debtor. | Case No.: |
| | **DISCLOSURE OF COMPENSATION**<br>**OF ATTORNEY FOR DEBTOR** |

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $        26,039.00 |
| Prior to the filing of this statement I have received | $        26,039.00 |
| Balance Due | $            0.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; and exemption planning.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| |
|---|
| **CERTIFICATION** |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |
| **April 20, 2011**                             **/s/ Ian S. Landsberg, Esq.**<br>*Date*                                                   **Ian S. Landsberg, Esq.**<br>                                                          *Signature of Attorney*<br>                                                          **LANDSBERG & ASSOCIATES, A Professional Law Corporation**<br>                                                          *Name of Law Firm*<br>                                                          **16030 Ventura Blvd., Suite 470**<br>                                                          **Encino, CA 91436**<br>                                                          **(818) 855-5900  Fax: (818) 855-5910** |

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **Ian S. Landsberg, Esq.**

Address     **16030 Ventura Blvd., Suite 470 Encino, CA 91436**

Telephone   **(818) 855-5900 Fax: (818) 855-5910**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Sway Studio, a California Limited Liability Company** | Case No.: |
| | Chapter:        **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __**14**__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **April 20, 2011**                        **/s/ Oded David Hochman**
                                                   **Oded David Hochman**/Chief Executive Officer
                                                   Signer/Title

Date:   **April 20, 2011**                        **/s/ Ian S. Landsberg, Esq.**
                                                   Signature of Attorney
                                                   **Ian S. Landsberg, Esq.**
                                                   **LANDSBERG & ASSOCIATES, A Professional Law Corporation**
                                                   **16030 Ventura Blvd., Suite 470**
                                                   **Encino, CA 91436**
                                                   **(818) 855-5900   Fax: (818) 855-5910**

Sway Studio, a California Limited Liability Company
3535 Hayden Avenue, 4th Floor
Culver City, CA 90232


Ian S. Landsberg, Esq.
LANDSBERG & ASSOCIATES, A Professional Law Corporation
16030 Ventura Blvd., Suite 470
Encino, CA 91436


3535 Hayden Partners
3535 Hayden Partners 3rd Floor
Culver City, CA 90232


Advisors, LLP
11911 San Vicente Blvd.
Los Angeles, CA 90049


Alliance Bank
c/o California Bank & Trust
402 W. Whitter Blvd. Suite 200
La Habra, CA 90631


Allred, Maroko & Goldberg
6300 Wilshire Blvd., Suite 1500
Los Angeles, CA 90048


American Computers & Engineers
11500 W. Olympic, Suite 628
Los Angeles, CA 90064


American Express Blue for Business
PO Box 981535
El Paso, TX 79998

American Express Business Platinum
PO Box 981535
El Paso, TX 79998


American Express Plum Card
PO Box 360001
Fort Lauderdale, FL 33336-0001


Bank of America Leasing
Lease Admin Center
PO Box 371992
Pittsburgh, PA 15250-7992


Bank Of America MasterCard
PO Box 982238
El Paso, TX 79998-2238


Barrister & Solicitor
Attention: Rebecca F. Brackley
250 Wellington Street West, Ste. 13
Toronto, ON M5V 3P6


Bell Technologies
187 Pacific Street
Venice, CA 90291


Big Pie
1501 Main Street, Suite 205
Venice, CA 90291


BMW Financial Services
6333 S. Alamedo Street
Los Angeles, CA 90001

Captial One Visa
PO Box 60599
City of Industry, CA 91716-0599


Citi MasterCard
PO Box 9568
Sioux Falls, SD 57117-6235


City National Bank, A National Bank
Association
2100 Park Place, Suite 150
El Segundo, CA 90245


CoActiv Capital Partners LLC
655 Business Center Drive
Horsham, PA 19044


Conjunctive Points Properties I,
3535 Hayden Ave
Culver City, CA 90232


Conjunctive Points Properties II LP
c/o Kimball, Tirey & St. John, LLP
350 S. Figueroa Street, Suite 498
Los Angeles, CA 90071


Conjunctive Points Properties II LP
Attn: Peter Brown
8559 Higuera Street, 2nd Floor
Culver City, CA 90232


Conjunctive Points Properties II LP
3528 Hayden Avenue, 3rd Floor
Culver City, CA 90232

Dell Business Credit
P.O. Box 5275
Carol Stream, IL 60197


Dell Financial Services
Leaf Funding Inc.
c/o Dell Financial Services
P.O. Box 643172
Cincinnati, OH 45264-3172


Dell Financial Services
Banc of America Leasing
c/o Dell Financial Services
P.O. Box 371992
Pittsburgh, PA 15250-7992


Dell Financial Services L.P.
12234 N. IH-35, BLDG B
Austin, TX 78753


Dell Financial Services L.P.
12234 N. IH-35 BLDG. B
Austin, TX 78753


Dell Financial Services L.P.
12234 N. Ih-35, Bldg. B
Austin, TX 78753


Dell Financial Services, L.P.
122234 N. IH-35, BLDG. B
Austin, TX 78753


Dell Financial Services, L.P.
122234 N. IH-35 BLDG. B
Austin, TX 78753

```
Dell Financial Services, L.P.
12234 N. IH-35 Bldg. B
Austin, TX 78753


Dell Financial Services, L.P.
12234 N. IH-35, Bldg. B
Austin, TX 78753


Dell Financial Services, L.P.
12234 N. IH-35, Bldg. B
Austin, TX 78753


Dell Financial Services, L.P.
12234 N. IH-35, Bldg. B
Austin, TX 78753


Dell Financial Services, L.P.
12234 N. IH-35, Bldg. B
Austin, TX 78753


Dell Financial Services, L.P.
12234 N. IH-35, Bldg. B
Austin, TX 78753


Dell Financial Services, L.P.
12234 N. Ih-35, Bldg. B
Austin, TX 78753


Dell Financial Services, L.P.
12234 N. IH-35, Bldg. B
Austin, TX 78753
```

Draftfcb
245 Eglington Avenue East, Ste. 300
Toronto, Ontario Canada


Employment Development Corp.
PO Box 431804
Los Angeles, CA 90043-9998


FedEx
US Collections Dept.
PO Box 7221
Pasadena, CA 91109-7321


Focused Staffing, Inc
15149 Union Ave
San Jose, CA 95124


Global Cantage Ltd.
National City Commerical Capital Co
c/o Global Vantage Ltd
P.O. Box 931034
Cleveland, OH 44193


Global Vantage Ltd
National City Commercial Capital CO
c/o Global Vantage Ltd
P.O. Box 691355
Cincinnati, OH 45269-1355


Global Vantage LTD
National City Commercial Capital Co
c/o Global Vantage Ltd
P.O. Box 931034
Cleveland, OH 44193


Hilly Reps
680 North Lake Shore Drive,Ste. 320
Chicago, IL 60611

HRG Solutions
5042 Wilshire Blvd., Suite 400
Los Angeles, CA 90036


Human Dental Ins. Co.
PO Box 0884
Carol Stream, IL 60132-0884


Hype Communications, Inc.
6380 Wilshire Blvd. Ste. 1010
Los Angeles, CA 90048


IRS
222 N. Sepulveda, Ste. 800
El Segundo, CA 90245


IRS
222 N. Sepulveda, Suite 800
El Segundo, CA 90245


KBM
9538 Topanga Cyn. Blvd.
Chatsworth, CA 91311


Leaf Financial Corporation-Dell
PO Box 643172
Cincinnati, OH 45264-3172


Leaf Funding, Inc.
1818 Market Street 9th Floor
Philadelphia, PA 19103

Leo Burnett Detroit
3310 W. Big Beaver, Suite 107
Troy, MI 48084


Marie Soto
1111 Grand Ave #403
Los Angeles, CA 90015


Mark Glaser
16 Vista Terrace
Pacific Palisades, CA 90272


Mark Glaser
16 Vista Terrace
Pacific Palisades, CA 90272


Mark Glaser
16 Vista Terrace
Pacific Palisades, CA 90272


Mark Glaser
16 Vista Terrace
Pacific Palisades, CA 90272


Mark Glaser
16 Vista Terrace
Pacific Palisades, CA 90272


Mark Glaser
16 Vista Terrace
Pacific Palisades, CA 90272

```
Mark Glaser
16 Vista Terrace
Pacific Palisades, CA 90272


Mark Glaser
16 Vista Terrace
Pacific Palisades, CA 90272


Mark Glaser
16 Vista Terrace
Pacific Palisades, CA 90272


Mark Glaser
16 Vista Terrace
Pacific Palisades, CA 90272


Mark Glaser
16 Vista Terrace
Pacific Palisades, CA 90272


Mark Glaser
16 Vista Terrace
Pacific Palisades, CA 90272


McCann Erickson
360 West Maple Road
Birmingham, MI 48009-3346


MG Digital
8549 Higuera Street #101
Culver City, CA 90232
```

Mocha Media, Inc.
4856 Gordon St. #5
Los Angeles, CA 90028


National City Commercial Capital
Company, Inc.
955 Dalton Avenue
Cincinnati, OH 45203


National City Commercial Capital
Company, Inc.
955 Dalton Avenue
Cincinnati, OH 45203


NSF Leasing, Inc.
900 Cummings Center, Suite 309-V
Beverly, MA 01915


Oded David Hochman
1001 Tiverton Ave, Apt 3131
Los Angeles, CA 90024


Ogilvy & Mather
350 West Mart Center Drive
Chicago, IL 60654


Pitney Bowes
1 Elmcroft Road
Stamford, CT 06926-0700


PNC Equipment Finance
955 Dalton Ave
Cincinnati, OH 45203

Santa Barbara Bank & Trust,
a division of Pacific Capital Bank
c/o Leasing
PO Box 60607
Santa Barbara, CA 93160


Santa Barbara Bank & Trust, a
division of Pacific Capital Bank
c/o Leaf Funding, Inc.
1818 Market St. 9th Floor
Philadelphia, PA 19103


Santa Narnara Bank & Trust, a
Division of Pacific Captial Bank
c/o Leasing PO Box 60607
Truckee, CA 96160


Simplex Grinnell
One Town Center Road
Boca Raton, FL 33486


SLK America
2153 Montana #C
Santa Monica, CA 90403


SLK America
2153 Montana #C
Santa Monica, CA 90403


Sol-Aire
622 Glenoaks Blvd.
San Fernando, CA 91340


Speakeasy
PO Box 34654
Seattle, WA 98124-1654

State of Calfornia
Employment Development Department
Central Collection Division, MIC 92
P.O. Box 826880
Sacramento, CA 94280-0001


State of California
Employment Development Department
Central Collection Division, MIC 92
P.O. Box 826880
Sacramento, CA 94280-0001


State of California
Employment Development Department
Central COllection Division, MIC 92
P.O. Box 826880
Sacramento, CA 94280-0001


State of California
Employment Development Department
Central Collection Division, MIC 92
P.O. Box 826880
Sacramento, CA 94280-0001


Steward Burris
4928 West Carson St.
Torrance, CA 90503


Strada Capital
8105 Irvine Center Drive, Ste. 1130
Irvine, CA 92618


Strada Capital Corporation
8105 Irvine Center Dr. Suite 1130
Huntington Beach, CA 92615


Strada Capital Corporation
8105 Irvine Center Drive, Suite 145
Irvine, CA 92618

The Integration Company
215 Rose Ave
Venice, CA 90291


The Martin Agency
One Shockoe Plaza
Richmond, VA 23219


Toni Saarinen- Jordan


Tustin Community Bank
13891 Newport Avenue, Suite 100
Tustin, CA 92780


unknown


Vision Service Plan
PO Box 45210
San Francisco, CA 94145


Visionary Forces
148 S Victory
Burbank, CA 91502


Xerox
PO Box 7405
Pasadena, CA 91109-7405

Xerox Corp.
PO Box 7405
Pasadena, CA 91109-7405


XP Networks
13428 Maxella Ave # 544
Marina Del Rey, CA 90292


Zofia Glaser
18667 Yonge St.
Ontario, Canada L3Y4V8

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Ian S. Landsberg, Esq.**<br>**16030 Ventura Blvd., Suite 470**<br>**Encino, CA 91436**<br>**(818) 855-5900 Fax: (818) 855-5910**<br>California State Bar Number: **137431**<br><br>*Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>   **Sway Studio, a California Limited Liability Company**<br><br><br><br>                                              Debtor(s),<br>                                              Plaintiff(s),<br>                                              Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:    **11** |
|---|---|

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Ian S. Landsberg, Esq.**                                              , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

          ☐ I am the president or other officer or an authorized agent of the debtor corporation

          ☐ I am a party to an adversary proceeding

          ☐ I am a party to a contested matter

          ■ I am the attorney for the debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

          *[For additional names, attach an addendum to this form.]*

b.      ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**/s/ Ian S. Landsberg, Esq.**                                    **April 20, 2011**
Signature of Attorney or Declarant                    Date

**Ian S. Landsberg, Esq.**
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.